

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00494-CR

PATRICIA ANN THOMAS                                          APPELLANT

V.

THE STATE OF TEXAS                                                STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant waived her constitutional and statutory rights, judicially confessed to committing theft, and was convicted of that offense. The trial court signed a certification of appellant's right to appeal, stating that this "is a plea-bargained case and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d). Nonetheless, appellant filed a pro se notice of appeal. By letter, we notified appellant that unless she filed, before November 21, 2011, a

----

[1]*See* Tex. R. App. P. 47.4.

response showing grounds for continuing the appeal, the appeal could be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. Appellant filed a response in which she requested that we dismiss the appeal. In accordance with the trial court's certification, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM


PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 2, 2012